THOMAS P. O'BRIEN
United States Attorney                                         JS-6
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
California Bar No. 149883
Assistant United States Attorney
Chief, Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6166
    Facsimile:  (213) 894-7177
    E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 08-01833 SJO (AGRx) |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT OF FORFEITURE** |
| $10,780.61 IN BANK FUNDS, | |
| Defendant. | |
| JINPU LI, | |
| Claimant. | |

This action was filed on March 18, 2008. Notice was given and published in accordance with law. Jinpu Li ("Claimant") filed a verified statement identifying right or interest on April 23, 2008. No other statements of interest or answers have been filed, and the time for filing statements and answers has expired. The action was ordered stayed pursuant to the

1 | stipulated request of the parties on May 13, 2008, which stay is
2 | set to expire on November 17, 2008.
3 |     Plaintiff and Claimant have reached an agreement that is
4 | dispositive of the action.  The parties hereby request that the
5 | Court enter this Consent Judgment of Forfeiture.
6 |     **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**
7 |     1.   This court has jurisdiction over the parties and the
8 | subject matter of this action.
9 |     2.   Notice of this action has been given in accordance with
10 | law.  All potential claimants to the defendant currency other
11 | than Claimant Jinpu Li are deemed to have admitted the
12 | allegations of the Complaint.  The allegations set out in the
13 | Complaint are sufficient to establish a basis for forfeiture.
14 |     3.   The United States of America shall have judgment as to
15 | the entirety of the defendant currency and all interest earned
16 | thereon, and no other person or entity shall have any right,
17 | title or interest therein.  The Internal Revenue Service is
18 | ordered to dispose of said assets in accordance with law.
19 |     4.   Claimant makes no admissions concerning any of the
20 | allegations of the complaint, and his agreement to the entry of
21 | this consent judgment should not be construed as an implied
22 | admission of any such allegations.
23 |     5.   Claimant hereby releases the United States of America,
24 | its agencies, agents, and officers, from any and all claims,
25 | actions or liabilities arising out of or related to this action,
26 | including, without limitation, any claim for attorneys' fees,
27 | costs or interest which may be asserted on his behalf.
28 |

1       6.   The Court finds that there was reasonable cause for the
2  seizure of the defendant currency and institution of these
3  proceedings.  This judgment shall be construed as a certificate
4  of reasonable cause pursuant to 28 U.S.C. § 2465.
5  DATED: __Dec. 5, 2008

                                      /S/ S. James Otero
                              _____
                              THE HONORABLE S. JAMES OTERO
                              UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: _____, 2008
                              THOMAS P. O'BRIEN
                              United States Attorney
                              CHRISTINE C. EWELL
                              Assistant United States Attorney
                              Chief, Criminal Division


                              _____
                              STEVEN R. WELK
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section

                              Attorneys for Plaintiff
                              United States of America

DATED: _____, 2008


                              _____
                              JINPU LI
                              Claimant

DATED: _____, 2008
                              LAW OFFICE OF PATRICK K. HANLY

                              _____
                              PATRICK K. HANLY
                              Attorney for Claimant Jinpu Li

3